UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at Pikeville)

| | | |
|---|---|---|
| GREG WHITE, | ) | |
| | ) | |
| Petitioner/Defendant, | ) | Civil Action No. 7: 06-179-DCR |
| | ) | Criminal Action No. 7: 05-08-DCR |
| V. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | **MEMORANDUM OPINION** |
| | ) | **AND ORDER** |
| Respondent/Plaintiff. | ) | |

*** *** *** ***

This matter is before the Court for consideration of Petitioner/Defendant Greg White's *pro se* motions to vacate, set aside, or correct a sentence filed pursuant to 28 U.S.C. § 2255. [Record No. 113]  In addition, the Respondent/Plaintiff United States has filed a motion to dismiss [Record No. 120] to which White has replied.  Consistent with local practice, this matter was referred to United States Magistrate Edward B. Atkins for consideration pursuant to 28 U.S.C. § 636(b)(1)(B).  The Magistrate Judge filed his Report and Recommendation on December 22, 2006. [Record No. 123]  Based on his review of the record and the applicable law governing the motion pursuant to 28 U.S.C. § 2255, the Magistrate Judge recommended that White's motion be denied and that the United States' motion be granted.  Neither the Petitioner/Defendant nor the Respondent/Plaintiff have filed objections to the Magistrate Judge's Report and Recommendation.

Although this Court must make a *de novo* determination of those portions of the Magistrate Judge's recommendations to which objection is made, 28 U.S.C. § 636(b)(1)(c), "[i]t

-1-

does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings." *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Moreover, a party who fails to file objections to a Magistrate Judge's proposed findings of fact and recommendation waives the right to appeal. *See Wright v. Holbrook*, 794 F.2d 1152, 1154-55 (6th Cir. 1986). Nevertheless, having examined the record and having made a *de novo* determination, the Court is in agreement with the Magistrate Judge's Report and Recommendation.

White knowingly and voluntarily entered a guilty plea to a violation of federal law carrying a mandatory minimum term of ten years imprisonment. White clearly indicated at the time his plea was entered that he understood the penalties for the offense. Further, there is absolutely no evidence to support an assertion of ineffective assistance of counsel in this matter. His remaining claims are equally without merit. Accordingly, it is hereby

**ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation [Record No. 123] is **ADOPTED** and **INCORPORATED** by reference;

2. The Petitioner/Defendant's motion [Record No.113] is **DENIED** and his claims are **DISMISSED** with prejudice;

3. The Respondent/Plaintiff's motion to dismiss [Record No. 120] is **GRANTED**;

4. A Certificate of Appealability shall not issue because the Petitioner/Defendant has not made a substantial showing of the denial of any substantive constitutional right;

5.	Judgment will be entered contemporaneously with this Memorandum Opinion and Order in favor of the Respondent/Plaintiff.

This 18th day of January, 2007.

Signed By:
*Danny C. Reeves* DCR
United States District Judge